**07 CV 4038**

**JUDGE CROTTY**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A., :
: Civil Action No.: _____
Plaintiff, :
: THE RITZ-CARLTON
-against- : HOTEL COMPANY, LLC 7.1
: STATEMENT
THE RITZ-CARLTON HOTEL COMPANY, LLC, :
:
Defendant. :
-----------------------------------------------------------------X

MAY 23 2007

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant The Ritz-Carlton Hotel Company, LLC, a private (non-governmental) corporate party, certifies that its parent corporation is Marriott International, Inc., which is a publicly held corporation that owns 10% or more of The Ritz-Carlton Hotel Company, LLC's stock.

Dated: New York, New York
       May 23, 2007

ARENT FOX LLP

By: _____
David Wynn (DW 8660)
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
wynn.david@arentfox.com

*Attorneys for The Ritz-Carlton Hotel Company, LLC*

LDR/201006.1

Of counsel:

Barbara Wahl
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone:    (202) 857-6415
Facsimile:    (202) 857-6395
wahlb.barbara@arentfox.com