UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
_____X

CLINIQUE LA PRAIRIE, S.A.

      Plaintiff,

    v.                            Case No. 07 CV 4038

THE RITZ-CARLTON HOTEL COMPANY, LLC,

      Defendant.
_____X

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this matter for the plaintiff CLINIQUE LA PRAIRIE, S.A.  I certify that I am admitted to practice in this Court.

                            FERRELL LAW, P.A.

            By:    s/ George G. Mahfood_____
                    George G. Mahfood (GM0578)

                    598 Madison Avenue
                    Second Floor
                    New York, New York 10022
                    Tel: 212-813-9500
                    Fax: 212-813-1155
                    gmahfood@ferrellworldwide.com

                    *Attorneys for Clinique La Prairie, S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that at true and correct copy of the foregoing was served by electronic mail on the following counsel for defendant: David Wynn, Arent Fox LLP, 1675 Broadway, New York, New York 10019, wynn.david@arentfox.com; and Barbara Wohl, Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036-5339, wahl.barbara@arentfox.com.

                                                  s/George G. Mahfood_____
                                                    George G. Mahfood