UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,

                    Plaintiff,

  -against-

THE RITZ-CARLTON HOTEL COMPANY, LLC,

                    Defendant.
------------------------------------------------------------X

Civil Action No.
07 CV 4038 (PC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                        ) ss:
COUNTY OF NEW YORK  )

           MARGERY NARCISSE, being sworn, deposes and says:

    1.    Deponent is not a party to this proceeding, is over eighteen (18) years of age and resides in Kings County, New York State.

    2.    On May 23, 2007, deponent served by electronic mail and by first-class mail, true and correct copies of the Notice of Removal, Notice of Filing of Notice of Removal, Civil Cover Sheet, 7.1 Disclosure Statement, the ECF Filing Rules of The Southern District Court, and the Individual Rules of the District Judge and Magistrate Judge assigned to the above captioned case, upon attorneys for Plaintiff at address listed below.

FERRELL LAW, P.A.
Milton M. Farrell, Jr., Esq.
George G. Mahfood, Esq.,
598 Madison Avenue
New York, NY 10022
gmahfood@ferrellworldwide.com

*Attorneys For Plaintiff*

_____
MARGERY NARCISSE

Sworn to before me this
29 day of May 2007

_____
Notary Public

JANET AMERASINGHE
LICENSE NO. 01AM4769617
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 06/30/2007

NYC/332674.1