UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,

      Plaintiff,

 -against-

THE RITZ-CARLTON HOTEL COMPANY, LLC,

      Defendant.
-------------------------------------------------------------------X

Civil Action No:
07 CV 4038 (PC)

  I certify that on June 4, 2007, I caused to be served a true and correct copy of Defendant's ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT in accordance with Southern District of New York's Rules on Electronic service and an additional copy by first-class mail postage prepaid upon:

  Milton M. Ferrell, Jr., Esquire
  George G. Mahfood, Esquire
  FERRELL LAW, P.A.
  598 Madison Avenue
  New York, New York   10022
  *Attorney for Plaintiff*

which address has been designated for receipt of service.

Dated: New York, New York
June 4, 2007

          _____
          DAVID N. WYNN

NYC/335807.1