David N. Wynn, Esq. (DW 8884)
Barbara S. Wahl, Esq. (pro hac vice application to be filed)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1675 Broadway, 32nd Floor
New York, New York 10019
Tel: No.: (212) 484-3900
Fax No.: (212) 484-3990
wynn.david@arentfox.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINIQUE LA PRAIRIE, S.A.<br><br>             **Plaintiff,**<br><br>-against-<br><br>THE RITZ CARLTON HOTEL COMPANY, L.L.C.,<br><br>             **Defendant.** | C.A. No. 1:07-cv-04038-PAC<br><br>**DEMAND FOR<br>JURY TRIAL** |

Please take notice that defendant The Ritz-Carlton Hotel Company, L.L.C. hereby demands a jury trial on all issues in this case.

Dated: June 13, 2007

Respectfully submitted,

ARENT FOX LLP

*/s/ David N. Wynn*
David N. Wynn (DW-8660)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
Attorneys for Ritz-Carlton

LDR/202212.1

OF COUNSEL:

Barbara S. Wahl
Leo M. Loughlin
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
(202) 857-6000

LDR/202212.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,

      Plaintiff,

 -against-

THE RITZ-CARLTON HOTEL COMPANY, LLC,

      Defendant.
------------------------------------------------------------------X

Civil Action No:
07 CV 4038 (PC)

**CERTIFICATE OF SERVICE**

  I certify that on June 13, 2007, I caused to be served a true and correct copy of the attached Demand for Jury Trial in accordance with the Electronic Filing procedure of the Southern District Court of New York and by first-class mail postage prepaid upon:

  Milton M. Ferrell, Jr., Esquire
  George G. Mahfood, Esquire
  FERRELL LAW, P.A.
  598 Madison Avenue
  New York, New York 10022
  *Attorney for Plaintiff*

which address has been designated for receipt of service.

Dated: New York, New York
June 13, 2007

            DAVID N. WYNN

NYC/335807.1