UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
_____X

CLINIQUE LA PRAIRIE, S.A.

      Plaintiff,

  v.                              Case No. 07 CV 4038-PAC

THE RITZ-CARLTON HOTEL COMPANY, LLC,

      Defendant.
_____X

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this matter for the plaintiff CLINIQUE LA PRAIRIE, S.A. I certify that I am admitted to practice in this Court.

FERRELL LAW, P.A.

By:   s/ Milton M. Ferrell, Jr.
        Milton M. Ferrell, Jr. (MF1826)

        598 Madison Avenue
        Second Floor
        New York, New York 10022
        Tel: 212-813-9500
        Fax: 212-813-1155
        mmf@ferrellworldwide.com

*Attorneys for Clinique La Prairie, S.A.*

**CERTIFICATE OF SERVICE**

    I hereby certify that at true and correct copy of the foregoing was served by electronic mail on the following counsel for defendant: David Wynn, Arent Fox LLP, 1675 Broadway, New York, New York 10019, wynn.david@arentfox.com; and Barbara Wohl, Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036-5339, wahl.barbara@arentfox.com.

                                                   s/Milton M. Ferrell, Jr.
                                                   Milton M. Ferrell, Jr.