UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
_____X

CLINIQUE LA PRAIRIE, S.A.

       Plaintiff,

   v.                                    Case No. 07 CV 4038-PAC

THE RITZ-CARLTON HOTEL COMPANY, LLC,    **DEMAND FOR JURY TRIAL**

       Defendant.
_____X

     Please take notice that Plaintiff Clinique La Prairie, S.A. hereby demands a jury trial on all issues so triable.

Dated: June 14, 2007

                                        Respectfully submitted,

                                        FERRELL LAW, P.A.

                    By:    s/ George G. Mahfood
                               George G. Mahfood (GM0578)

                               598 Madison Avenue
                               Second Floor
                               New York, New York 10022
                               Tel: 212-813-9500
                               Fax: 212-813-1155
                               mmf@ferrellworldwide.com

                               *Attorneys for Clinique La Prairie, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that at true and correct copy of the foregoing was served by electronic mail on the following counsel for defendant: David Wynn, Arent Fox LLP, 1675 Broadway, New York, New York 10019, wynn.david@arentfox.com; and Barbara Wohl, Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036-5339, wahl.barbara@arentfox.com.

                                                s/George G. Mahfood
                                                George G. Mahfood (GM0578)