

David N. Wynn, Esq. (DW 8884)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1675 Broadway, 32nd Floor
New York, New York 10019
(212) 484-3900
wynn.david@arentfox.com

Barbara S. Wahl, Esq. (pro hac vice application to be filed)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6000
wahl.barbara@arentfox.com

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINIQUE LA PRAIRIE, S.A., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> -against- ) <br> ) <br> THE RITZ CARLTON HOTEL ) <br> COMPANY, L.L.C., ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 1:07-cv-04038 (PAC) <br><br> NOTICE OF MOTION BY <br> DEFENDANTS FOR ADMISSION <br> *PRO HAC VICE* OF <br> BARBARA S. WAHL |

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of David N. Wynn, sworn to on June 12, 2007, the Affidavit of Barbara S. Wahl, sworn to on June 11, 2007, together with the certificates of good standing of Barbara S. Wahl attached hereto, the undersign shall move this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, at such date and time as the Court directs, for an order pursuant to Local Civil Rule 1.3(c)

of this Court, admitting Barbara S. Wahl to the bar of this Court *pro hac vice* for the purpose of making appearances in this action on behalf of The Ritz Carlton Hotel Company, L.L.C.

Dated:   June 11, 2007
         New York, New York

_____
David N. Wynn, Esq. (DW 8660)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C
1675 Broadway, 32nd floor
New York, New York 10019
(212) 484-3900

Barbara S. Wahl, Esq.
(pro hac vice application to be filed)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6000

To:   Milton M. Ferrell, Jr., Esquire
      George G. Mahfood, Esquire
      FERRELL LAW, P.A.
      598 Madison Avenue
      New York, New York   10022
      *Attorney for Plaintiff*

David N. Wynn, Esq. (DW 8884)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1675 Broadway, 32nd Floor
New York, New York 10019
Tel: No.: (212) 484-3900
Fax No.: (212) 484-3990
wynn.david@arentfox.com

Barbara S. Wahl, Esq. (pro hac vice application to be filed)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Tel: No.: (202) 857-6000
Fax No.: (202) 857-6395
wahl.barbara@arentfox.com

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CLINIQUE LA PRAIRIE, S.A.,**<br><br>                  **Plaintiff,**<br><br>    -against-<br><br>**THE RITZ CARLTON HOTEL**<br>**COMPANY, L.L.C.,**<br><br>                  **Defendant.** | **Case No. 1:07-cv-04038 (PAC)** |

STATE OF NEW YORK    )
                                      ss:
COUNTY OF NEW YORK  )

       DAVID N. WYNN, being duly sworn, hereby deposes and says as follows:

    1.    I am a member of Arent Fox LLP ("Arent Fox") attorneys for Defendant, The Ritz Carlton Hotel Company, L.L.C. in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set

NYC/335984.1

forth herein and in support of Defendants' Motion to admit Barbara S. Wahl as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in the June Term of 1981, in the State of New York, Appellate Division Second Department. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court

3. I have known Barbara S. Wahl since 1991. I submit this affidavit in support of the application pursuant to Rule 1.3(c) of the Local Rules of the United States District Court of the Southern District of New York for an order permitting Barbara S. Wahl to appear as counsel *pro hac vice* on behalf of defendant in this action

4. Barbara S. Wahl is a member of Arent Fox LLP, located at 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5339.

5. I have found Ms. Wahl to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure

6. Accordingly, I am pleased to move the admission of Barbara S. Wahl, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Barbara S. Wahl, *pro hac vice* which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that this Court enter an Order granting the admission *pro hac vice* of Barbara S. Wahl to represent Defendant The Ritz Carlton Hotel Company, L.L.C., in the above-captioned matter.

Dated: June 11, 2007
New York, New York

_____
DAVID N. WYNN

Sworn to be before me this 12 day of June, 2007

_____
Notary Public, State of New York

Nicholas P. Pavlidis
Notary Public, State of New York
No. 02PA6160212
Qualified in New York County
Commission Expires 1/29/2011

NYC/335984.1

David N. Wynn, Esq. (DW 8884)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1675 Broadway, 32nd Floor
New York, New York 10019
Tel: No.: (212) 484-3900
Fax No.: (212) 484-3990
wynn.david@arentfox.com

Barbara S. Wahl, Esq. (pro hac vice application to be filed)
ARENT FOX LLP
Attorneys for Defendant
The Ritz Carlton Hotel Company, L.L.C.
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Tel: No.: (202) 857-6000
Fax No.: (202) 857-6395
wahl.barbara@arentfox.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINIQUE LA PRAIRIE, S.A., | ) |
| Plaintiff, | ) |
| -against- | ) Case No. 1:07-cv-04038 (PAC) |
| THE RITZ CARLTON HOTEL COMPANY, L.L.C., | ) |
| Defendant. | ) |

AFFIDAVIT OF BARBARA S. WAHL IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE*

BARBARA S. WAHL, being duly sworn, hereby deposes and says as follows:

1. I am a member of Arent Fox LLP ("Arent Fox") attorneys for Defendant, The Ritz-Carlton Hotel Company, L.L.C. I respectfully submit this affidavit in support of the motion for my admission pro hac vice pursuant to Local Civil Rule 1.3 (c) of the Local Rules for the

United States District Court for the Southern District of New York, for the purpose of making appearances on behalf of Defendant, The Ritz-Carlton Hotel Company, L.L.C in this action.

2. I am admitted to practice in, and am a member in good standing of the Bars of Virginia and the District of Columbia. Certificates of good standing certifying my status as a member of the Virginia and District of Columbia Bars are attached to this Affidavit as exhibit A.

3. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction in which I am licensed.

4. I have never been denied admission to any court to which I have applied.

5. My office address, telephone number and telecopier number are as follows: 1050 Connecticut Avenue, NW, Washington, DC 20036-5339, Tel: No.: (202) 857-6000, Fax No.: (202) 857-6395, wahl.barbara@arentfox.com.

WHEREFORE, it is respectfully requested that this Court enter an Order granting my admission pro hac vice to represent Defendant The Ritz-Carlton Hotel Company, L.L.C in this matter.

Dated: June 11, 2007

Barbara S. Wahl

The District of Columbia

Sworn to be before me this 11th day of June, 2007

Notary Public, District of Columbia

SUSAN L. KIRCHER
NOTARY PUBLIC, DISTRICT OF COLUMBIA
My Commission Expires February 14, 2012



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BARBARA SUSAN WAHL

was on the  17TH  day of  DECEMBER, 1979  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 5, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>        Deputy Clerk

Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

June 1, 2007

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **BARBARA SUSAN WAHL** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.   **MS. WAHL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 23, 1985,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINIQUE LA PRAIRIE, S.A., )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>THE RITZ CARLTON HOTEL )<br>COMPANY, L.L.C., )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:07-cv-04038 (PAC)<br><br>PROPOSED ORDER |

UPON the motion by Arent Fox LLP, attorneys for Defendant, The Ritz Carlton Hotel Company, L.L.C, for the *pro hac vice* admission of Barbara S. Wahl, Affidavits David N. Wynn and Barbara S. Wahl in support.

ITS IS HEREBY ORDERED that, Barbara S.Wahl, Esq. of ARENT FOX LLP 1050 Connecticut Avenue, NW, Washington, DC 20036-5339, telephone number (202) 857-6000, e-mail address wahl.barbara@arentfox.com, is admitted to practice *pro hac vice* as counsel for, Defendant, The Ritz Carlton Hotel Company, L.L.C. in the above captioned case in the United the United Stated District Court for the Southern District of New York

All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov .

IT IS SO ORDERED

Dated:_____, 2007

_____
U.S. District Judge

NYC/335986.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,                              :
                                                        :    Civil Action No:
              Plaintiff,                       :    07 CV 4038 (PC)
                                                        :
   -against-                                           :
                                                        :
THE RITZ-CARLTON HOTEL COMPANY, LLC,                    :
                                                        :
              Defendant.                       :
-----------------------------------------------------------------------X

    I certify that on June 12, 2007, I caused to be served a true and correct copy of the attached Notice of Motion By Defendants for Admission *pro hac vice* of Barbara S. Wahl, with Affidavits in support and Proposed order attached by first-class mail postage prepaid upon:

    Milton M. Ferrell, Jr., Esquire
    George G. Mahfood, Esquire
    FERRELL LAW, P.A.
    598 Madison Avenue
    New York, New York   10022
    *Attorney for Plaintiff*

which address has been designated for receipt of service.

Dated: New York, New York
June 12, 2007

                                DAVID N. W~~YNN~~

NYC/335807.1