SDNY
CUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLINIQUE LA PRAIRIE, S.A., <br><br> Plaintiff, <br><br> -against- <br><br> THE RITZ CARLTON HOTEL COMPANY, L.L.C., <br><br> Defendant. | Case No. 1:07-cv-04038 (PAC) <br><br> ~~PROPOSED~~ ORDER |

UPON the motion by Arent Fox LLP, attorneys for Defendant, The Ritz Carlton Hotel Company, L.L.C, for the *pro hac vice* admission of Barbara S. Wahl, Affidavits David N. Wynn and Barbara S. Wahl in support.

ITS IS HEREBY ORDERED that, Barbara S.Wahl, Esq. of ARENT FOX LLP 1050 Connecticut Avenue, NW, Washington, DC 20036-5339, telephone number (202) 857-6000, e-mail address wahl.barbara@arentfox.com, is admitted to practice *pro hac vice* as counsel for, Defendant, The Ritz Carlton Hotel Company, L.L.C. in the above captioned case in the United the United Stated District Court for the Southern District of New York

All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

IT IS SO ORDERED

Dated: June 20, 2007

_____
U.S. District Judge

NYC/335986.1