UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,                :
                                          :   Civil Action No.: 07 Civ 4038
          Plaintiff,                      :
                                          :   **LA PRAIRIE, INC.'S 7.1**
     -against-                            :   **STATEMENT**
                                          :
THE RITZ-CARLTON HOTEL COMPANY, LLC,      :
                                          :
          Defendant.                      :
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Proposed Intervenor La Prairie, Inc. (f/k/a Aviatrix Corporation), a private (non-governmental) corporate party, certifies that its indirect parent corporation is Beiersdorf AG, which is a publicly held corporation that owns 10% or more of La Prairie, Inc.'s stock.

Dated: New York, New York
       June 27, 2007

                                  SONNENSCHEIN NATH & ROSENTHAL LLP

                                  By: _____
                                       Martin R. Gold
                                       Monica Pa
                                       1221 Avenue of the Americas
                                       New York, New York  10020-1089
                                       (212) 768-6700

*Attorneys for The La Prairie, Inc.*