## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2007, I caused the foregoing Reply of Defendant The Ritz-Carlton Hotel Company, L.L.C. in Support of the Motion to Intervene and to Stay of La Prairie, Inc. to be served by email and by first class mail, postage prepaid, on:

>Milton M. Ferrell, Jr., Esquire
>George G. Mahfood, Esquire
>FERRELL LAW, P.A.
>598 Madison Avenue
>New York, New York  10022

>\_\_\_\_/s/ David N. Wynn_____
>David N. Wynn