UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CLINIQUE LA PRAIRIE, S.A.,                          :

                                                    :         Civil Action No.:  07 Civ 4038

                      Plaintiff,                    :

                                                    :         **NOTICE OF SETTLEMENT**
         -against-                                  :         **OF ORDER**_____

                                                    :

THE RITZ-CARLTON HOTEL COMPANY, LLC,                :
and LA PRAIRIE, INC.,                               :

                                                    :

                      Defendants.                   :

------------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT a Proposed Order in the form attached hereto will be

submitted for signature and entry to Hon. Paul A. Crotty, U.S.D.J., S.D.N.Y., at the Courthouse,

500 Pearl Street, New York, New York  10007, on October 10, 2007

Dated: New York, New York
       September 28, 2007

                              SONNENSCHEIN NATH & ROSENTHAL LLP

                              By: _____
                                  Martin R. Gold
                                  1221 Avenue of the Americas
                                  New York, New York  10020-1089
                                  (212) 768-6700

                              *Attorneys for Defendant La Prairie, Inc.*

To:    Milton M. Ferrell, Jr., Esq.
       George G. Mahfood, Esq.
       Ferrell Law, P.A.
       598 Madison Avenue
       New York, NY 10022

       *Attorneys for Plaintiff Clinique La Prairie, S.A.*

       -and-

Barbara S. Wahl, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

*Attorneys for Defendant The Ritz-Carlton Hotel Company, LLC*

17574218\V-1