UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,  :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,  :
　　　　　　　　　　　　　　　　　　　　:　　Case No. 07 CV 4038-PAC
v.  :
　　　　　　　　　　　　　　　　　　　　:　　NOTICE OF MOTION BY
THE RITZ-CARLTON HOTEL COMPANY, LLC, :　　PLAINTIFF FOR LEAVE TO
and, LA PRAIRIE, INC.,  :　　VOLUNTARILY DISMISS
　　　　　　　　　　　　　　　　　　　　:　　WITHOUT PREJUDICE
　　　　　　　Defendant.  :　　PURSUANT TO
-----------------------------------------------------------------X　　FED. R. CIV. P. 41(a)2

**PLEASE TAKE NOTICE,** that Plaintiff, Clinique La Prairie, S.A., by and through its undersigned counsel, hereby moves this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, for leave to voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and incorporates its Memorandum of Law the Declaration of George G. Mahfood in support of the motion.

Dated:　　　May 30, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**FERRELL LAW, P.A.**

　　　　　　　　　　　　　By:　　s/ George G. Mahfood
　　　　　　　　　　　　　　　　　Milton M. Ferrell, Jr. (MF1826)
　　　　　　　　　　　　　　　　　George G. Mahfood (GM0578)
　　　　　　　　　　　　　　　　　598 Madison Avenue
　　　　　　　　　　　　　　　　　Second Floor
　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　Tel: 212-813-9500
　　　　　　　　　　　　　　　　　Fax: 212-813-1155
　　　　　　　　　　　　　　　　　gmahfood@ferrellworldwide.com

　　　　　　　　　　　　　　　　　*Attorneys for Clinique La Prairie, S.A.*

1

## CERTIFICATE OF SERVICE

I hereby certify that at true and correct copy of the foregoing was served by electronic mail on the following counsel for defendant: David Wynn, Arent Fox LLP, 1675 Broadway, New York, New York 10019, wynn.david@arentfox.com; Barbara Wohl, Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036-5339, wahl.barbara@arentfox.com; and Martin R. Gold, Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, mgold@sonnenschein.com.

s/George G. Mahfood
George G. Mahfood (GM0578)
