UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,                    :
                                              :
                    Plaintiff,                :
                                              :     Case No. 07 CV 4038-PAC
        v.                                    :
                                              :     **NOTICE OF MOTION BY**
THE RITZ-CARLTON HOTEL COMPANY, LLC,:              **PLAINTIFF FOR LEAVE TO**
and, LA PRAIRIE, INC.,                        :     **VOLUNTARILY DISMISS**
                                              :     **WITHOUT PREJUDICE**
                    Defendant.                :     **PURSUANT TO**
-------------------------------------------------------------X     **FED. R. CIV. P. 41(a)2**

        **PLEASE TAKE NOTICE,** that Plaintiff, Clinique La Prairie, S.A., by and through its

undersigned counsel, hereby moves this Court, before the Honorable Paul A. Crotty, United

States District Judge, at the United States District Court, Southern District of New York, 500

Pearl Street, New York, New York, for leave to voluntarily dismiss this action without prejudice

pursuant to Fed. R. Civ. P. 41(a)(2), and incorporates its Memorandum of Law the Declaration of

George G. Mahfood in support of the motion.

Dated:        May 30, 2008

                              Respectfully submitted,

                              **FERRELL LAW, P.A.**


                              By:     s/ George G. Mahfood
                                      Milton M. Ferrell, Jr. (MF1826)
                                      George G. Mahfood (GM0578)
                                      598 Madison Avenue
                                      Second Floor
                                      New York, New York 10022
                                      Tel: 212-813-9500
                                      Fax: 212-813-1155
                                      gmahfood@ferrellworldwide.com

                                      *Attorneys for Clinique La Prairie, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that at true and correct copy of the foregoing was served by electronic mail on the following counsel for defendant: David Wynn, Arent Fox LLP, 1675 Broadway, New York, New York 10019, wynn.david@arentfox.com; Barbara Wohl, Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C., 20036-5339, wahl.barbara@arentfox.com; and Martin R. Gold, Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, mgold@sonnenschein.com.

s/George G. Mahfood
George G. Mahfood (GM0578)