UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,

                Plaintiff,

  -against-

THE RITZ-CARLTON HOTEL COMPANY, LLC,
and LA PRAIRIE, INC.,

                Defendants.
------------------------------------------------------------------X

Civil Action No.: 07 Civ 4038-PAC

**NOTICE OF CROSS-MOTION TO STAY**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Benito Delfin, executed June 19, 2008, with exhibits annexed thereto, the annexed Declaration of Martin Amman, executed June 19, 2008, and upon the accompanying Memorandum of Law, La Prairie Inc. ("La Prairie") will move this Court for an order: (1) pursuant to Section 3, Federal Arbitration Act, 9 U.S.C. § 3, staying the instant action and all proceedings herein pending final resolution of arbitration in Zurich, Switzerland between plaintiff Clinique La Prairie, S.A. and defendant La Prairie; and (2) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, papers in opposition to this Motion must be served on or before July 7, 2008, and reply papers must be served on or before July 14, 2008.

Dated: New York, New York

      June 19, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By:    /s/ Martin R. Gold
        Martin R. Gold (MG 6528)
        Martin P. Michael (MM 6867)
        Benito Delfin, Jr. (BD 1216)
        1221 Avenue of the Americas
        New York, New York 10020-1089
        (212) 768-6700

*Attorneys for La Prairie, Inc.*

- 2 -

TO:

Milton M. Ferrell, Jr., Esq.
George G. Mahfood, Esq.
FERRELL LAW, P.A.
Attorneys for Plaintiff
598 Madison Avenue
New York, New York  10022

*Attorneys for Plaintiff*

Barbara S. Wahl, Esq.
David Neal Wynn, Esq.
ARENT FOX, LLP
1675 Broadway
New York, New York  10019

*Attorneys for Defendant*

10024928\V-1