UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,

                Plaintiff,

   -against-

THE RITZ-CARLTON HOTEL COMPANY, LLC,
and LA PRAIRIE, INC.,

                Defendants.
------------------------------------------------------------------X

Civil Action No.: 07 Civ 4038-PAC

## DECLARATION OF BENITO DELFIN UNDER 28 U.S.C. § 1746

1.    I am counsel to defendant La Prairie, Inc. ("La Prairie") in the instant action with plaintiff Clinique La Prairie, S.A. ("CLP").

2.    Attached as Exhibit A, is a true and correct copy of a certified English translation of the 1995 settlement agreement between La Prairie and CLP (the "1995 Settlement Agreement") with certification attached.

3.    Attached as Exhibit B, is a true and correct copy of an English translation of the arbitration demand submitted by Armin Mattli, CLP, and CT-Holding SA against Laboratoires La Prairie S.A. and La Prairie Inc. dated November 5, 2007 (the "Arbitration Demand").

4.    Attached as Exhibit C, is a true and correct copy of an English translation of the Statement of Defense submitted by Laboratoires La Prairie S.A. and La Prairie in response to the Arbitration Demand.

5.    Attached as Exhibit D, is a true and correct copy of a certified English translation of the 2008 amendment to the 1995 Settlement Agreement with certification attached.

- 2 -

6. Attached as Exhibit E, is a true and correct copy of a certified English translation of the April 22, 2008 decision in the Swiss arbitration between La Prairie and CLP with certification attached.

7. Attached as Exhibit F, is a true and correct copy of a certified English translation of the May 23, 2008 request to the Swiss arbitrators with certification attached.

8. Attached as Exhibit G, is a true and correct copy of a certified English translation of the May 30, 2008 response from the Swiss arbitrators with certification attached.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed the 19th day of June, 2008

_____
Benito Delfin