MEYER · MÜLLER · ECKERT

PARTNER · ZÜRICH / ZUG

FACSIMILE

Date: Zurich, May 30, 2008

To: Schifferli Avocats                                    +41 22 839 88 51
Maître Pierre Ch. Schifferli
8, Avenue Jules-Crosnier
1206 Genève

Neupert & Partner                                         +41 44 396 80 88
Rechtsanwälte
Herr Dr. Alexander Faber
Dufourstrasse 58
8702 Zollikon

Meyer Lustenberger M&L                                    +41 44 396 91 92
Herr Dr. Martin Ammann
Herr Dr. Marcel Lustenberger
Forchstrasse 452
8032 Zürich

Copy to: Nobel & Hug                                      +41 44 262 00 92
Herr Prof. Dr. Peter Nobel
Dufourstrasse 29
8032 Zürich

Walder Wyss & Partner                                     +41 44 498 98 99
Rechtsanwälte
Frau Dr. Magda Streuli-Youssef
Seefeldstrasse 123
8034 Zürich

From: Dr. Bernhard F. Meyer
Attorney admitted to the bar in the Canton of Zürich
Bernhard.meyer@mme-law.ch

Our reference: BMH/REI
102438\KORRESPONDENZ\KORR.PARTEIEN\071112 FAX AN PARTEIEN.DOC

Number of pages: 2 (incl. cover)

Concerns: **AD HOC: Armin Mattli, Clinique La Prairie et al. vs. Laboratoires La Prairie SA / La Prairie Inc.**

Dear colleagues:

I refer to the Respondents' request for an explanatory statement dated May 23, 2008, receipt of which I confirm on behalf of the Court of Arbitration.

In keeping with the request, the Claimants have been granted a non-extendable deadline to June 19, 2008 to comment on the Respondents' request for an explanatory statement. Silence would be considered a decline to comment.

After expiration of the deadline to comment, the court of arbitration will decide on the request, taking into account the parties' viewpoints and its own appreciation.

With best collegial regards,


(signed)
Dr. Bernhard F. Meyer
Chair of the Court of Arbitration

## DECLARATION UNDER 28 U.S.C. § 1746 of Salomé Hangartner

1. I am a citizen of the country of Switzerland and am over 18 years of age. I am not a party to this action.

2. I am a professional translator. I am self-employed with over 40 years of experience in translating documents. I have supplied translation services to business organizations, governmental authorities, and courts in Switzerland and the USA.

3. I am qualified to translate documents from German to English. I have 42 years of experience translating German to English. I am accredited by the Zurich Obergericht [higher and appellate court] for German to English translation.

4. Attached hereto as Exhibit A is a true, accurate and complete English translation of the German-language document "FACSIMILE document dated Zurich, May 30, 2008," attached hereto as Exhibit B. I was responsible for the translation of this document.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability.

Executed this 17th day of June, 2008

_S. de Hangartner_
Salomé Hangartner