## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2008, I caused the foregoing Opposition of Defendant The Ritz-Carlton Hotel Company, L.L.C. to Plaintiff's Motion for Leave to Voluntarily Dismiss Without Prejudice Pursuant to Fed Rule C iv. P. 41(a) (2) to be served electronically in accordance with the U.S. District Court, Southern District of New York's Procedures for Electronic Case Filing, upon the following attorneys duly authorized to accept service and by Federal Express at the addresses listed below.

Milton M. Ferrell, Jr., Esquire
George G. Mahfood, Esquire
FERRELL LAW, P.A.
598 Madison Avenue
New York, New York  10022
gmahfood@ferrelllworlwide.com


Martin R. Gold, Esquire
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, New York  10020-1089
mgold@sonnenschein.com


____/s/ David N. Wynn_____
David N. Wynn