AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

Clinique La Prairie, S.A.,
      Plaintiff,
-Against-

**APPEARANCE**

The Ritz Carlton Hotel
Company, L.L.C.,
      Defendant.

Case Number: 07-CV-04038 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, THE RITZ CARLTON HOTEL COMPANY, L.L.C.,

By Order dated June 20, 2007, I was admitted pro hac vice to appear in this action.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 26, 2008 | *Barbara S. Wahl* (signature) |
| Date | Signature |
| | Barbara S. Wahl    (BW 1384) |
| | Print Name    Bar Number |
| | Arent Fox LLP, 1050 Connecticut Avenue, NW |
| | Address |
| | Washington    DC    20036 |
| | City    State    Zip Code |
| | (202) 857-6000    (202) 857-6395 |
| | Phone Number    Fax Number |