UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,                              :
                                                       :        Civil Action No.:  07 Civ 4038-
                                    Plaintiff,          :        PAC
          -against-                                    :
                                                       :        **NOTICE OF MOTION**
THE RITZ-CARLTON HOTEL COMPANY, LLC,                    :
and LA PRAIRIE, INC.,                                  :
                                    Defendants.         :
-------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed Declaration of Martin Amman,

executed August 22, 2008, with exhibits annexed thereto and upon the accompanying

Memorandum of Law, La Prairie Inc. ("La Prairie") will move this Court for an order:  (1)

confirming the April 22, 2008 Swiss arbitration award; (2) dismissing this action with prejudice;

(3) awarding La Prairie attorneys' fees with the instant action; and (4) granting such other and

further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court conference held on

August 7, 2008, papers in opposition to this Motion must be served on or before September 8,

2008, and reply papers must be served on or before September 15, 2008.

Dated: New York, New York

          August 25, 2008

                    SONNENSCHEIN NATH & ROSENTHAL LLP


                    By:     _____/s/   Martin R. Gold_____
                            Martin R. Gold (MG 6528)
                            Martin P. Michael (MM 6867)
                            Benito Delfin, Jr.  (BD 1216)
                            1221 Avenue of the Americas
                            New York, New York  10020-1089
                            (212) 768-6700

                    *Attorneys for La Prairie, Inc.*

TO:

Milton M. Ferrell, Jr., Esq.
George G. Mahfood, Esq.
FERRELL LAW, P.A.
Attorneys for Plaintiff
598 Madison Avenue
New York, New York  10022

*Attorneys for Plaintiff*

Barbara S. Wahl, Esq.
David Neal Wynn, Esq.
ARENT FOX, LLP
1675 Broadway
New York, New York  10019

*Attorneys for Defendant*

17619913\V-1