# EXHIBIT C

## DECLARATION UNDER 28 U.S.C. § 1746 of Salomé Hangartner

1. I am a citizen of the country of Switzerland and am over 18 years of age. I am not a party to this action.

2. I am a professional translator. I am self-employed with over 40 years of experience in translating documents. I have supplied translation services to business organizations, governmental authorities, and courts in Switzerland and the USA.

3. I am qualified to translate documents from German to English. I have 42 years of experience translating German to English. I am accredited by the Zurich Obergericht [higher and appellate court] for German to English translation.

4. Attached hereto as Exhibit A is a true, accurate and complete English translation of two extracts of the Zurich Code of Civil Procedure in German, namely "§107 Wirkungen der Rechtshängigkeit and § 191 b) Materielle Rechtskraft," attached hereto as Exhibit B, with a covering fax. I was responsible for the translation of this document.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability.

Executed this 21st day of August 2008

_____
Salomé Hangartner

Excerpt of the Zurich Code of Civil Procedure

| Effects of the pendency of action | § 107. Pendency of action has the following effects:<br>1. A change of an action is only possible pursuant to § 61 as well as for elucidating the request for legal remedy, to subsequently file secondary points, and for rectifying calculation errors.<br>2. If a further, identical action is made pending, the Court shall proceed according to Art. 35 of the Place of Jurisdiction Act.<br>3. The action cannot be withdrawn with the reserve of filing it again, except to correct it in case of a faulty introduction of the action. Art. 34 par. 2 of the Place of Jurisdiction Act is reserved and also applies to cases of a material lack of jurisdiction.<br><br>Pendency of action in conciliation proceedings has the effect according to sec. 1 item 2. The effects according to sec. 1 items 1 and 3 set in at the time the action is filed with the Court. |
|---|---|
| material legally binding effect | § 191. The dispositions and statements in the sentence of a court (Dispositiv) are binding on the courts in a later judicial procedure between the same parties or their successors with regard to the judged rights and obligations.<br><br>Settlement decisions passed on the basis of a withdrawal of action, an acknowledgement of an action, or an arrangement have the same material legally binding effect. The withdrawal of an action in a conciliation procedure and the withdrawal for faulty introduction of the action to correct it are excepted. |