UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,

                Plaintiff,

-against-

THE RITZ-CARLTON HOTEL COMPANY, LLC,

                Defendant.
------------------------------------------------------------X

Civil Action No:
07 CV 4038 (PC)

**CERTIFICATE OF SERVICE**

    I certify that on August 25, 2008, I caused to be served a true and correct copy of the attached Defendant Ritz-Carlton Hotel Company, L.L.C.'S Motion to Dismiss with Prejudice and Defendant Ritz-Carlton Hotel Company, L.L.C.'S Memorandum of Law In Support of its Motion to Dismiss with Prejudice and Certificate of Service in accordance with the Electronic Filing procedure of the Southern District Court of New York and by first-class mail postage prepaid upon:

    Milton M. Ferrell, Jr., Esquire
    George G. Mahfood, Esquire
    FERRELL LAW, P.A.
    598 Madison Avenue
    New York, New York   10022
    *Attorney for Plaintiff*

which address has been designated for receipt of service.

Dated: New York, New York
August 25, 2008

                                    /s/ David N. Wynn
                                    David N. Wynn (DW-8660)

NYC/335807.1