UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLINIQUE LA PRAIRIE, S.A.,                                :
                                                                          :   Civil Action No:
                              Plaintiff,                              :   07 CV 4038 (PC)
                                                                          :
         -against-                                                  :   **CERTIFICATE OF SERVICE**
                                                                          :
THE RITZ-CARLTON HOTEL                               :
COMPANY, LLC, et al.                                        :
                                                                          :
                              Defendant.
------------------------------------------------------------------X

      I certify that on September 15, 2008, I caused to be served a true and correct copy of the attached REPLY OF DEFENDANT RITZ-CARLTON HOTEL COMPANY, L.L.C. IN SUPPORT OF ITS MOTION TO DISMISS WITH PREJUDICE and CERTIFICATE OF SERVICE in accordance with the Electronic Filing procedure of the Southern District Court of New York and by first-class mail postage prepaid upon:

      Milton M. Ferrell, Jr., Esquire
      George G. Mahfood, Esquire
      FERRELL LAW, P.A.
      598 Madison Avenue
      New York, New York  10022
      *Attorney for Plaintiff*

which address has been designated for receipt of service.

Dated: New York, New York
September 15, 2008

                                              /s/ David N. Wynn
                                              David N. Wynn (DW-8660)

NYC/335807.1